UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

TERRY W. SMITH,

     Plaintiff,

                        Case No. 2:18-cv-00367
                        Case No. 2:18-cv-00399
                        Case No. 2:18-cv-00438
v.                     Case No. 2:18-cv-00460
                        Case No. 2:18-cv-00512
                        Case No. 2:18-cv-00546
                        Case No. 2:18-cv-00547
                        Case No. 2:18-cv-00562

SOUTH CENTRAL REGIONAL JAIL,

     Defendant.


<u>MEMORANDUM OPINION AND ORDER</u>

        The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered August 10, 2018; and the magistrate judge having recommended that the court dismiss each of the above-styled civil actions for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.

It is, therefore, ORDERED that the movant's complaints be, and they hereby are, dismissed without prejudice.

The Clerk is directed to forward copies of this written opinion and order to the pro se plaintiff, all counsel of record, and the United States Magistrate Judge.

Dated: October 5, 2018

John T. Copenhaver, Jr.
United States District Judge